

**SO ORDERED.**

**SIGNED this 02 day of March, 2011.**

_____
**JAMES D. WALKER, JR.
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No.  09-10272 |
| SOUTHLAND CHRYSLER, INC., | : | |
| | : | |
| Debtor. | | |

FINAL DECREE

WHEREAS, Southland Chrysler, Inc., Debtor herein, filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia, Albany Division, on February 13, 2009; and

WHEREAS, a Plan of Reorganization was proposed to the creditors and said Plan of Reorganization was confirmed by Order of this Court on October 4, 2010; and

WHEREAS, the Debtor has reported to this Court that it has substantially consummated the Plan of Reorganization; and

WHEREAS, Bankruptcy Rule 3022 provides for the entry of a Final Decree; it is therefore

ORDERED that the Final Report of the Debtor is approved and the Application for Final Decree be and is hereby granted.  It is

FURTHER ORDERED that this Final Decree shall be effective twenty-five days after the date of entry and the case closed without further order of the Court unless prior to the effective date, a party in interest files with the Court a motion objecting for cause to the Final Decree. Upon such filing, the objecting party shall immediately serve notice on the Debtor and the case shall remain open pending a hearing on the motion. The Final Report and Application for Final Decree and the Final Account are on file with the office of the Clerk of Bankruptcy Court and may be examined during normal business hours.

**END OF DOCUMENT**

Order prepared and presented by:

David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
Suite 800, Fickling & Co. Building
577 Mulberry Street
Macon, Georgia  31201
(478) 750-9898; (478) 750-9899 (fax)


G:\CLIENTS\Southland Chrysler\Final Decree.doc